UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT : <br> INSURANCE COMPANY : <br>   : <br> Plaintiff, : <br>   : <br> v. : <br>   : <br> MARGARET L. MURRAY; : <br> DIANE M. SCIALABBA : <br>   : <br> Defendants. : | CASE NO. 1:21-cv-11415 |

**O R D E R**

Upon consideration of the Stipulation contained herein among and between Plaintiff Hartford Life and Accident Insurance Company ("Hartford Life"), Defendant Margaret L. Murray and Defendant Diane M. Scialabba, and good cause appearing, orders as follows:

**IT IS ORDERED THAT** the proceeds payable under Group Life Insurance Policy, No. 0GL 675670 (the "Policy"), *i.e.*, Basic Life Insurance Coverage in the amount of $10,000 and Supplemental Life Insurance Coverage in the amount of $5,000 (collectively, the "Survivor Benefit"), by reason of the death of Joseph M. Caterina be distributed as follows:

Seven thousand and five hundred dollars ($7,500.00) to Margaret L. Murray at the following address: 114 Haverhill St., Unit C, North Reading, MA 01864.

Seven thousand and five hundred dollars ($7,500.00) to Diane M. Scialabba at the following address: 6105 Avenida Las Colinas, North Fort Myers, FL 33903.

**IT IS FURTHER ORDERED THAT**, upon tendering payment to Margaret L. Murray and Diane M. Scialabba, as beneficiaries, in accordance with the order set forth above, Hartford Life and the employee welfare benefit plan established and/or maintained by Commonwealth of

Massachusetts Group Insurance Commission ("GIC") are discharged from any further liability for benefits payable under Group Life Insurance Policy, No. 0GL 675670 by reason of the death of Joseph M. Caterina.

**IT IS FURTHER ORDERED THAT** Margaret L. Murray and Diane M. Scialabba are permanently restrained and enjoined from instituting any action or proceeding in any state or United States court for recovery of the benefits payable under Group Life Insurance Policy, No. 0GL 675670 by reason of the death of Joseph M. Caterina.

**IT IS FURTHER ORDERED THAT** this action be, and hereby is, dismissed with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

Entered this  30th  day of  November , 2021

_/s/ Denise J. Casper_
Denise J. Casper
United States District Judge